Guenther v. Chicago Chronicle Co.

## Otto Guenther v. Chicago Chronicle Company.

1. APPELLATE COURT PRACTICE—*Abstracts to Show Exceptions.*— The abstract must show the exceptions taken to the rulings of the court below.

Appeal from Circuit Court of Cook County.

This case was affirmed because no exception is shown by the abstract to have been taken to any ruling or judgment of the court, on the authority of Gibler v. City of Mattoon, 167 Ill. 18, and other cases.

WM. E. O'NEILL, attorney for appellant.

DANIEL V. GALLERY, attorney for appellee.